# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 16, 2008

136900

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MARC CHAMBERS,
      Plaintiff-Appellee,

v

        SC: 136900
        COA: 277900
        Wayne CC: 05-531729-NO

WAYNE COUNTY AIRPORT AUTHORITY,
      Defendant,
      Cross-Plaintiff-Appellant,
and

KNIGHT FACILITIES MANAGEMENT, INC.,
      Defendant, Cross-Defendant.

_____/

On order of the Court, the application for leave to appeal the June 5, 2008 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on December 3, 2008, at 9:30 a.m., on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address: (1) whether the plaintiff satisfied the notice requirement of MCL 691.1406, and (2) whether constructive notice may be deemed sufficient given the statute's lack of a definition of "notice." *Meredith v City of Melvindale*, 381 Mich 572 (1969); *Brown v City of Owosso*, 126 Mich 91 (1901). The parties may file supplemental briefs no later than November 21, 2008. They should not submit mere restatements of their application papers.

The Michigan Association For Justice and Michigan Defense Trial Counsel, Inc., are invited to file briefs amicus curiae no later than November 21, 2008. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae, to be filed no later than November 21, 2008.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 16, 2008

_____
Clerk